Otto A. Sendlinger, appellee, v. Simon Rheinstein, appellant. Gen. No. 29,497.

Action for money had and received. Judgment for the plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

Samuel Block, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

John J. Hobin, appellant, v. Willis J. Rayburn et al., appellees. Gen. No. 29,514.

Action for personal injuries. Judgment for the defendants. Appeal from the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 17, 1925.

Joseph E. Winterbotham, Morse Ives, H. H. Patterson and Charles C. Bodenstab, for appellant; H. H. Patterson, of counsel. Timothy J. Fell and Charles L. Mahony, for appellees; Charles L. Mahony, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Alvin L. Bear, trading as Bear Steel & Wire Company, appellee, v. Nicholas Wire & Sheet Company, appellant. Gen. No. 29,524.

Attachment suit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

Vose & Page, for appellant; John D. Clancy, of counsel. Weinberg & Greatman, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Samuel R. Rappold, appellee, v. Timothy F. McElliott, appellant. Gen. No. 29,534.

Action to recover real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

L. J. Du Rocher, for appellant. Louis W. Reinecker, Jr., for appellee.

Mr. Justice Taylor delivered the opinion of the court.